IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )
                                 )
    v.                           )    No.  05 CR 388-1
                                 )
STEFAN DIMITROV,                 )
                                 )
                 Defendant.      )

                           MEMORANDUM

    On November 8, 2006 the second Federal Defender panel attorney who had been appointed to represent defendant Stefan Dimitrov ("Dimitrov"), John L. Sullivan, submitted for immediate hearing his motion to withdraw as Dimitrov's counsel.  Despite this Court's specific admonition to Dimitrov not to disclose matters involving attorney-client privilege in response to the motion, Dimitrov read in part and then delivered in their entirety two typewritten letters (dated October 29 and November 8) addressed to this Court that included, in substantial part, just such material.

    Those submissions are now being returned to Dimitrov together with a copy of this memorandum.  This Court also reemphasizes, just as it did during the presentation of attorney Sullivan's motion, (1) that the consequent appointment of a third lawyer to represent Dimitrov will be the <u>final</u> such appointment in this 16-month-old case and (2) that trial will proceed in all events on the recently-rescheduled December 11, 2006 date that

had been arrived at to accommodate everyone's schedule.

One last point is worth mentioning. Although several of the continuances of the trial date, including the most recent one, have been made to accommodate the limited availability of an official Bulgarian-to-English and English-to-Bulgarian translator, both Dimitrov's oral presentation during the November 8 proceeding and his written submissions disclose that he appears to be totally articulate--indeed, fluent--in the English language. It further appears that some additional inquiry may be appropriate as to Dimitrov's claimed need for the services of an interpreter under the circumstances.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 8, 2006