UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 05 CR 388 |
| ) | |
| v. ) | The Hon. Milton I. Shadur |
| STEFAN DIMITROV ) | |

PROTECTIVE ORDER

Upon the motion of the United States for a protective order, it is hereby ordered as follows:

1. Materials produced by the government and specifically documents numbered GO 4989 through 5011 in preparation for or in connection with any stage of the proceedings in this case, including but not limited to agency reports, witness statements, and memoranda of interview, remain the property of the United States. Upon conclusion of the trial of this case or the earlier resolution of charges against the defendant, all such materials and all copies made thereof shall be returned to the United States, unless otherwise ordered by the Court.

2. All materials provided by the United States may be utilized by the defendant and counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and their contents shall not be disclosed either directly or indirectly to any persons or entity other than the defendant, counsel, persons employed or engaged to assist in the defense, witnesses or such other persons as to whom the Court may authorize disclosure. Any notes or records of any kind that defense counsel or the defendant may make relating to the contents of materials provided by the government shall not be disclosed to anyone other than defense counsel, and persons employed or engaged to assist the defense, witnesses or such other person as to whom the Court may authorize disclosure, and all such notes and records shall not be disclosed except as provided by this order.

3. The materials shall not be copied or reproduced except so as to provide copies of the material for the use by defense counsel and the defendant and such persons as are employed by them

to assist in the defense and such copies and reproductions shall be treated in the same manner as the original matter.

4. Violation of this Order is punishable as contempt, and may result in imposition of civil or criminal sanctions.

ENTER:

_____
MILTON I. SHADUR

United States District Judge

Dated: *March 2, 2007*